IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MORGAN KENNETH LEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| VS. | : | 1 : 12-CV-108 (WLS) |
| | : | |
| NURSE WILLIAMS, and | : | |
| DR. AYERS, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**RECOMMENDATION**

Presently pending in this action brought pursuant to 42 U.S.C. § 1983 are the Defendants' Motion to Dismiss (Doc. 15), and the Plaintiff's Motion to Dismiss this matter. (Doc. 26). Plaintiff asks that this case be discontinued and concedes that he is satisfied with the medical treatment he has received. Upon a thorough review of this matter, it is the recommendation of the undersigned that the Defendants' Motion to Dismiss be **GRANTED** and that this matter be **DISMISSED WITH PREJUDICE**. It is further recommended that Plaintiff's Motion to Dismiss this matter be **GRANTED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to these recommendations with the Honorable W. Louis Sands, United States District Judge, WITHIN FOURTEEN (14) DAYS after being served with a copy of this Recommendation.

**SO RECOMMENDED**, this 7th day of May, 2013.

s/ ***THOMAS Q. LANGSTAFF***
UNITED STATES MAGISTRATE JUDGE