**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

MORGAN KENNETH LEE,                                  :
                                                     :
                         Plaintiff,                  :          CASE NO.: 1:12-CV-108 (WLS)
                                                     :
v.                                                   :
                                                     :
Nurse WILLIAMS,                                      :
Dr. AYERS, and                                       :
                                                     :
                         Defendants.                 :
_____:

## ORDER

Before the Court is a Recommendation (Doc. 27) from United States Magistrate Judge Thomas Q. Langstaff, filed May 7, 2013.  It is recommended that Plaintiff's and Defendants' Motions to Dismiss be granted, and that Plaintiff's Complaint (Docs. 1, 6) be dismissed without prejudice.   (Doc. 27.)   No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1).  The objection period expired on May 21, 2013.  (*See* Doc. 27; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 27) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.  Accordingly, Plaintiff's Complaint (Docs. 1, 6) is **DISMISSED without prejudice**.

**SO ORDERED**, this  31st  day of May, 2013.

/s/    W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**